June 14, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT T. WALLACE, Appellant

NO. 14-12-00200-CV                      V.

COMMISSION FOR LAWYER DISCIPLINE, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 29, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by ROBERT T. WALLACE.

We further order this decision certified below for observance.